OPINION — AG — ** TRANSFER — FEDERAL PROPERTY — STATE INSTITUTION ** THE BOARD OF REGENTS OF THE NORTHERN OKLAHOMA JUNIOR COLLEGE HAS LEGAL AUTHORITY TO PURCHASE FEDERALLY OWNED LAND UPON WHICH SUCH TEMPORARY HOUSING IS LOCATED, AS REQUIRED BY THE PROVISIONS OF SAID ACT (HOUSING AND HOME FINANCE ADMINISTRATOR), IF SUCH FUNDS ARE AVAILABLE FOR SUCH PURCHASE. (GIFTS, DONATIONS, INSTITUTIONS, FUND IN TRUST, PROPERTY) CITE: 70 O.S. 1961 [70-1961] (J. H. JOHNSON)